FILED

DEC 19 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No CR-11-317-AWI |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| JOSE MARTIN PERLAS MORENO ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced on December 19, 2011 to 75 DAYS custody, (TIME SERVED)

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH . A certified Judgment and Commitment order to follow.

DATED: _12-19-11_

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm